IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEKSEI KLUSOV, <br> 3734 NAUTILUS AVE., APT 2 <br> BROOKLYN, NY 11224 <br><br> Plaintiff, <br><br> v. <br><br> GEORGETOWN UNIVERSITY, <br> 3700 O ST., N.W. <br> WASHINGTON, D.C. 20057 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:24-cv-02587-RCL |

## DEFENDANT GEORGETOWN UNIVERSITY'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Georgetown University, respectfully moves this Court for an order dismissing Plaintiff's "Complaint with Clarifications,"[1] ECF No. 3, in its entirety, with prejudice. The grounds for this motion are set forth in detail in the accompanying Memorandum of Points and Authorities, which is incorporated by reference. A proposed Order is attached.

Respectfully submitted,

December 11, 2024

*/s/ Henry A. Platt*
Henry A. Platt (D.C. Bar No. 425994)
SAUL EWING LLP
1919 Pennsylvania Ave., N.W., Suite 550
Washington, DC 20006
(202) 342-3447
Henry.Platt@saul.com

*Counsel for Defendant,*
*Georgetown University*

---

[1] This document, ECF No. 3, is technically Plaintiff's First Amended Complaint. It has been incorrectly identified on the docket as "NOTICE of Exhibits re 1 Complaint." This is the operative complaint served by Plaintiff on Georgetown. *See* ECF No. 4-5.