### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEKSEI KLUSOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-02587-RCL |
| ) | |
| GEORGETOWN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT GEORGETOWN UNIVERSITY'S
### MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Georgetown University, respectfully moves this Court for an order dismissing Plaintiff's "First Amended Complaint,"[1] ECF No. 8, in its entirety, with prejudice. The grounds for this motion are set forth in detail in the accompanying Memorandum of Points and Authorities, which is incorporated by reference. A proposed Order is attached.

Respectfully submitted,

December 20, 2024

*/s/ Henry A. Platt*
Henry A. Platt (D.C. Bar No. 425994)
SAUL EWING LLP
1919 Pennsylvania Ave., N.W., Suite 550
Washington, DC 20006
(202) 342-3447
Henry.Platt@saul.com

*Counsel for Defendant,*
*Georgetown University*

---

[1] This document, ECF No. 8, is technically Plaintiff's Second Amended Complaint, as noted in the Memorandum of Points and Authorities, because ECF No. 3 was an Amended Complaint despite not being labeled by Plaintiff as such.