UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

Aleksei D. Klusov

vs.                                                                                           CIVIL ACTION 1:24-cv-02587-RCL

DEFENDANT

Georgetown University

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff *pro se* Aleksei Klusov in the abovenamed matter (1:24-cv-02587-RCL), hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion (dated August 15th, 2025, and mailed from the Court on August 19th, 2025), a separate Order (shall be issued consistent with such Memorandum Opinion on any valid Defendant's Motion to Dismiss), and minute orders finding as moot motion for Oral Hearing on any valid Defendant's Motion to Dismiss, Motion for Leave to Proceed in *forma pauperis* with a clarification containing a request to appoint attorney to represent *pro se* litigant.

Based on the publicly available limited disclosure of the docket the judgement of this Court on Memorandum Opinion and separate Order (shall be issued consistent with the Memorandum Opinion on any valid Defendant's Motion to Dismiss) entered on August 15th, 2025, and minute orders entered in the docket on October 4th, 2024, October 7th, 2024, and August 15th, 2025.

*It is clear that I am appealing the court decision.*

[Signature]                                                September 10th, 2025
                                                           09/10/2025

Plaintiff *pro se*                                         3784 Nautilus Ave., 2
Aleksei D. Klusov                                          Brooklyn, NY, 11224.
                                                           (929) 454 7557
                                                           klusovaleksei@gmail.com

RECEIVED
SEP 12 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

Aleksei D. Klusov

vs.                                                                  CIVIL ACTION 1:24-cv-02587-RCL

DEFENDANT

Georgetown University

## CERTIFICATE OF SERVICE

I, Aleksei Klusov, hereby declare that I will cause a copy of the notice of appeal to be mailed to the representatives of the Defendant (SAUL EWING LLP with att. Mr. Henry Platt among others).

Plaintiff *pro se*

*Aleksei D. Klusov*