UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEKSEI KLUSOV,

    *Plaintiff,*

v.

GEORGETOWN UNIVERSITY,

    *Defendant.*

Case No. 1:24-CV-2587-RCL

## ORDER

Plaintiff filed two [25] [38] motions for clarification of the Court's [23] [24] memorandum opinion and order granting Defendant' [6] [9] motions to dismiss. Plaintiff's motions for clarification are **DENIED**. The memorandum opinion and order were clear, and the case may not be relitigated via a motion for clarification. To the extent Plaintiff's motions can be construed as motions for reconsideration, those motions are denied in light of Plaintiff's pending appeal. Fed. R. Civ. Pro. 62.1.

**IT IS SO ORDERED.**

Date: 10/2/25

Royce C. Lamberth
United States District Judge